**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No:   08-50848 |
| PAUL D THOMPSON | | |
| LINDA J THOMPSON | : | Chapter 13 |
| | : | Judge:   CHARLES M. CALDWELL |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  May 24, 2011                                    /s/ Frank M. Pees
                                                                         Frank M. Pees
                                                                         Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| VERIZON WIRELESS<br>109 E MARKET ST<br>BLOOMINGTON, IL  61701 | 85.79 |